**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oluniyi BANKOLE, a/k/a "T", a/k/a**
**Kevin Anthony Banks, a/k/a Niyi,**
**Defendant–Appellant.**

**No. 00–7483.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Oluniyi Bankole, pro se. Gordon Dean Kromberg, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Oluniyi Bankole seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bankole,* Nos. CR–96–479–A; CA–99–1601–A (E.D.Va. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*